**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-1382**

KADIJATU BAKARR,

                Petitioner,

       v.

ERIC H. HOLDER, JR., Attorney General,

                Respondent.

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted:  August 18, 2011       Decided:  August 22, 2011

Before WILKINSON, DAVIS, and KEENAN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Kadijatu Bakarr, Petitioner Pro Se.  Judith Roberta O'Sullivan, Trial Attorney, William Charles Peachey, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kadijatu Bakarr, a native and citizen of Sierra Leone, petitions for review of an order of the Board of Immigration Appeals ("Board") dismissing her appeal from the immigration judge's denial of her motion to reopen immigration proceedings. We have reviewed the record and the Board's order and conclude that the Board did not abuse its discretion in upholding the denial of Bakarr's motion. See 8 C.F.R. §§ 1003.2(a), 1003.23(b)(1) (2011). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Bakarr (B.I.A. Mar. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED